UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA LECOMPTE,<br><br>    Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 1:17−cv−00512<br><br>Hon. Robert J. Jonker |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice.  Defendant served neither an answer nor motion for summary judgment in this matter.

                                                    Respectfully submitted,

                                                    GOLDEN LAW OFFICES, P.C.

Dated: July 12, 2017

                                                    /s/ B. Thomas Golden
                                                    B. Thomas Golden (P70822)
                                                    Attorney for the Plaintiff
                                                    2186 West Main Street
                                                    P.O. Box 9
                                                    Lowell, Michigan 49331
                                                    Telephone: (616) 897-2900
                                                    Facsimile: (616) 897-2907
                                                    btg@bthomasgolden.com